UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 2:24-cr-00057-LEW |
| YANCARLOS ABRANTE a/k/a "Glizzy," JOSHUA ESTRADA a/k/a "Mac," JASON JOHNSON-RIVERA a/k/a "Ouda" | |



# INDICTMENT

The grand jury charges:

## COUNT ONE
### (Conspiracy to Distribute Controlled Substances)

From at least January 2024, within the District of Maine and elsewhere, the defendants,

**YANCARLOS ABRANTE a/k/a "Glizzy,"
JOSHUA ESTRADA a/k/a "Mac,"
JASON JOHNSON-RIVERA a/k/a "Ouda,"**

knowingly and intentionally conspired with others, both known and unknown, to distribute and possess with intent to distribute controlled substances, including a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, in violation of Title 21, United States Code, Sections 841(a)(1) and Section 841(b)(1)(C).

In this way the defendants violated Title 21, United States Code, Section 846.

## COUNT TWO
### (Drive-by Shooting)

On about February 9, 2024, within the District of Maine, the defendants

**YANCARLOS ABRANTE a/k/a "Glizzy,"**
**JOSHUA ESTRADA a/k/a "Mac,"**
**JASON JOHNSON-RIVERA a/k/a "Ouda,"**

in furtherance of the a major drug offense, specifically the drug conspiracy charged in Count One, and with the intent to intimidate, harass, injure, and maim, fired a weapon into a group of two or more persons, and, in the course of such conduct, caused grave risk to any human life. Specifically, in downtown Saco and in broad daylight, the defendants shot at least five rounds using a Smith and Wesson M&P Shield 9 mm handgun into the vehicle of CC-4 and CC-7—who were adversaries of the defendants in the drug trade in Saco and Biddeford—in an attempt to intimidate, injure, and maim them.

In this way, the defendants violated Title 18, United States Code, Sections 36(b)(1) and 2.

### FORFEITURE NOTICE

1. Upon conviction of the offense set forth in Count One of this Indictment, the defendants,

**YANCARLOS ABRANTE a/k/a "Glizzy,"**
**JOSHUA ESTRADA a/k/a "Mac,"**
**JASON JOHNSON-RIVERA a/k/a "Ouda,"**

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property, constituting or derived from, any proceeds obtained directly or indirectly

2

as a result of such offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendants—

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the Court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

Signature Redacted – Original on file with the Clerk's Office

_____
Joel B. Casey
Assistant United States Attorney
Date: 5/15/24

3