# Indictment Synopsis

| | |
|---|---|
| **Name:** | Jason Johnson-Rivera a/k/a "Ouda" |
| **Address:** (City & State Only) | New Bedford, MA |
| **Year of Birth and Age:** | 2005/20 years old |
| **Violations:** | Count 1: Conspiracy to distribute and possess with intent to distribute cocaine, in violation of 21 U.S.C. §§ 846 and 841(a)(1). <br><br> Count 2: Perpetrating a Drive-By Shooting, in violation of 18 U.S.C. §§ 36 and 2. |
| **Penalties:** | Count 1: Imprisonment of not more than 20 years, a fine not to exceed $1,000,000, or both. 21 U.S.C. § 841(b)(1)(C). <br><br> Count 1 is a Class C felony pursuant to 18 U.S.C. § 3559(a)(3). <br><br> Count 2: Imprisonment of not more than 25 years (18 U.S.C § 36(b)(1), a fine not to exceed $250,000 (18 U.S.C. § 3571(b)(3), or both. <br><br> Count 2 is a Class B felony pursuant to 18 U.S.C. § 3559(a)(2). |
| **Supervised Release:** | Count 1: Not less than three years. 21 U.S.C. § 841(b)(1)(C). <br><br> Count 2: Not more than five years. 18 U.S.C. § 3583(b)(1). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Count 1: Not more than two years. 18 U.S.C. § 3583(e)(3). <br><br> Count 1: Not more than three years. 18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Count 1: Three years less any period of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583(h). <br><br> Count 2: Five years less any period of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583(h). |

| | |
|---|---|
| **Defendant's Attorney:** | TBD |
| **Primary Investigative Agency and Case Agent Name:** | FBI, TFO Ryan Hatch/TFO Jonathan Duquette |
| **Detention Status:** | In Massachusetts state custody at Bristol County Jail, subject to federal detainer |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | York |
| **AUSA:** | Noah Falk and Johnathan Nathans |
| **Guidelines apply?   Y/N** | Yes |
| **Victim Case:** | No |
| **Corporate Victims Owed Restitution:** | N/A |
| **Assessments:** | $100 per count |