UNITED STATES OF AMERICA
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | 2:24-cr-00057-LEW-3 |
| ) | |
| JASON JOHNSON-RIVERA, ) | |
| ) | |
| Defendant ) | |

**CONDITIONAL ORDER OF DETENTION**

Defendant appeared before this Court on June 25, 2024, for an initial appearance and arraignment on federal charges. The Government filed a Motion for Detention. (ECF No. 47). At the time of his initial appearance, Defendant was in state custody in Massachusetts. Upon inquiry, Defendant waived his right to a hearing on the Government's motion and agreed to be detained upon his release from state custody. Accordingly, the Court grants the motion, and orders that Defendant shall be detained pending further court proceedings, when and if he is released from custody by the Commonwealth of Massachusetts, subject to his ability to reopen the hearing on the issue of detention as discussed during the initial appearance.

Defendant, therefore, is conditionally committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request

of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purposes of an appearance in connection with a court proceeding.

/s/ Karen Frink Wolf
U.S. Magistrate Judge

Dated: June 25, 2024