UNITED STATES DISTRICT COURT
for the
District of Maine

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) Case No. 2:24-cr-57-LEW |
| v. | ) |
| | ) |
| | ) |
| JOSHUA ESTRADA, | ) |
| | ) |

**DEFENDANT'S UNOPPOSED MOTION TO ENLARGE TIME TO FILE PRETRIAL MOTIONS AND CONTINUE CASE FROM AUGUST TRIAL LIST**

NOW COMES defendant Joshua Estrada, by and through undersigned counsel, and requests an enlargement of time to file pretrial motions and to continue this case off the August trial list.

On May 31, 2024, this court issued a speedy trial order (ECF 33) setting the deadline to file pretrial motion to July 1, 2024. Counsel's office recently received discovery for this matter and due to the volume of discovery to be reviewed, counsel is requesting a sixty-day enlargement of time to file pretrial motions and designate any experts.

This extension will bring the deadline for filing pretrial motions to August 30, 2024. The extended deadline is after the current trial list, in order to accommodate this enlargement, counsel and Mr. Estrada request that this case be continued from the August Trial List if the enlargement is granted.

Assistant United States Attorney Noah Falk does not object to this motion.

Mr. Estrada is aware of this request and waives his rights under the Speedy Trial Act to allow for this enlargement of time.

WHEREFORE, the defendant and undersigned counsel respectfully request an enlargement of sixty days to file pretrial motions and continue this matter from the Court's August Trial List.

Dated this 1st day of July 2024, at Portland, Maine.

        Respectfully submitted,

        */s/ Michael B. Whipple*

        _____
        Michael B. Whipple, Esq.
        Attorney for Defendant
        HALLETT WHIPPLE WEYRENS
        6 City Center, Ste. 208
        P.O. Box 7508
        Portland, ME 04112
        PH: 207-775-4255
        *mwhipple@hww.law*

## CERTIFICATE OF SERVICE

I, Michael B. Whipple, certify that I have copied *Defendant's Unopposed Motion to Enlarge Time to File Pretrial Motions and Continue Case from August Trial List* upon the following individuals via the ECF/PACER electronic filing system which provides copies to all parties of interest for this matter.

Dated this 1st day of July 2024, at Portland, Maine.

        */s/ Michael B. Whipple*

        _____
        Michael B. Whipple, Bar No. 8728
        Attorney for Defendant
        HALLETT WHIPPLE WEYRENS
        6 City Center, Ste. 208
        P.O. Box 7508
        Portland, ME 04112
        PH: 207-775-4255
        *mwhipple@hww.law*