# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 2:24-cr-00057-LEW |
| | ) | |
| JASON JOHNSON-RIVERA | ) | |

## MOTION TO CONTINUE TRIAL

NOW COMES the Defendant, by and through her undersigned counsel, and moves to continue trial, as follows:

1. This matter is on the trial list for August 5, 2024.

2. This matter is not firm for trial.

3. Undersigned counsel has not received discovery.

4. Undersigned counsel respectfully requests that this matter be moved to the next trial list to allow time to obtain and review discovery.

5. The Defendant waives any rights under the Speedy Trial Act, and to exclude the additional delay from consideration under the Speedy Trial Act.

Dated: July 22, 2024

/s/ Robert A. Levine
Robert A. Levine, Esq.
Bar #3845
Attorney for Defendant
17 South Street
Portland, ME  04101
(207) 871-0036

# CERTIFICATE OF SERVICE

I hereby certify that I have today filed the foregoing using the CM/ECF system, which will cause a copy to be sent to all counsel of record.

Dated: July 22, 2024				***/s/ Robert A. Levine***
						Robert A. Levine, Esq.
						Bar #3845
						Attorney for Defendant
						17 South Street
						Portland, ME   04101
						(207) 871-0036