**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | CASE No. 2:24-cr-00057-KFW |
| **YANCARLOS ABRANTE** | * | |

**DEFENDANT'S MOTION TO DETERMINE**
**COMPETENCY TO STAND TRIAL**

NOW COMES Defendant, Yancarlos Abrante, by and through counsel pursuant to 18 U.S.C §4241 and §4247 and moves this Honorable Court to issue an order requiring that Mr. Abrante undergo a psychiatric or psychological examination to be conducted at a suitable facility. Supporting this motion defendant states the following: Mr. Abrante is charged in a two-count indictment with Count 1 Conspiracy to Distribute Controlled Substances in violation of Title 21 U.S.C. §841(a)(1) and §841(b)(1)(C); Count 2 Drive-by Shooting in violation of 18 U.S.C. §36(b)(1) and (2).

An indictment was returned on 5/15/24 and Mr. Abrante was arrested on 6/11/24. He remains in custody since his arrest and has resided at a variety of pretrial detention centers. Mr. Abrante is currently housed at the Somerset County Jail. He reports a significant decline in mental health which he attributes to severe isolation and the lack of basic jail activity programming. Mr. Abrante reports that he now hears imaginary voices and experiences paranoid delusions. His deteriorating

mental health status will interfere with his ability to participate and assist in developing a meaningful defense. The government will not object to this motion.

**WHEREFORE,** defendant moves the Court to order a psychiatric or psychological examination to be conducted at a suitable facility.

Dated:  September 6, 2024                    Respectfully submitted by,

                                             /s/Jeffrey W. Langholtz
                                             Jeffrey W. Langholtz, Esq.
                                             Bar No. 3539
                                             Attorney for the Defendant


### Certificate of Service

I hereby certify that on September 6, 2024 I electronically filed Defendant's Motion to Determine Competency to Stand Trial with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to all registered participants and I hereby certify that on September 6, 2024, I have provided the document(s) to the following non-registered participant via regular USPS mail:

Yancarlos Abrante
Somerset County Jail
131 E. Madison Road
Madison, ME  04950

                                             /s/ Jeffrey W. Langholtz
                                             Jeffrey W. Langholtz, Esq.
                                             Bar No. 3539
                                             Attorney for the Defendant
                                             260 Main Street
                                             Biddeford, ME  04005
                                             207-283-4744
                                             langholtz@gwi.net