UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>YANCARLOS ABRANTE a/k/a "Glizzy,"<br>JOSHUA ESTRADA a/k/a "Mac,"<br>JASON JOHNSON-RIVERA a/k/a "Ouda" | No. 2:24-cr-57-LEW |

### SUPERSEDING INDICTMENT

The grand jury charges:

#### COUNT ONE
#### (Conspiracy to Distribute Controlled Substances)

From at least February 2023 through at least February 9, 2024, within the District of Maine and elsewhere, the defendants,

**YANCARLOS ABRANTE a/k/a "Glizzy,"**
**JOSHUA ESTRADA a/k/a "Mac,"**
**JASON JOHNSON-RIVERA a/k/a "Ouda,"**

knowingly and intentionally conspired with others, both known and unknown, to distribute and possess with intent to distribute controlled substances, including a mixture or substance containing a detectable quantity of cocaine, its salts, optical and geometric isomers, and salts of isomers, in violation of Title 21, United States Code, Sections 841(a)(1).

It is alleged that the penalty provisions of Title 21, United States Code, Section 841(b)(1)(A) apply to the charged conduct, in that the conduct of defendants ABRANTE, ESTRADA, and JOHNSON-RIVERA, including the reasonably foreseeable conduct of other members of the conspiracy charged in Count One, involved 5 kilograms or more of

1

a mixture or substance containing a detectable quantity of cocaine, its salts, optical and geometric isomers, and salts of isomers, in violation of Title 21, United States Code, Sections 841(a)(1).

In this way the defendants violated Title 21, United States Code, Section 846.

## COUNT TWO
### (Drive-by Shooting)

On about February 9, 2024, within the District of Maine, the defendants

> **YANCARLOS ABRANTE a/k/a "Glizzy,"**
> **JOSHUA ESTRADA a/k/a "Mac,"**
> **JASON JOHNSON-RIVERA a/k/a "Ouda,"**

in furtherance of a major drug offense, specifically the drug conspiracy charged in Count One, and with the intent to intimidate, harass, injure, and maim, fired a weapon into a group of two or more persons, and, in the course of such conduct, caused grave risk to any human life. Specifically, in downtown Saco and in broad daylight, the defendants shot at least five rounds using a Smith and Wesson M&P Shield 9 mm handgun into the vehicle of CC-4 and CC-7—who were adversaries of the defendants in the drug trade in Saco and Biddeford—in an attempt to intimidate, injure, and maim them.

In this way, the defendants violated Title 18, United States Code, Sections 36(b)(1) and 2.

## COUNT THREE
### (Use of a Firearm During and in Relation to a Drug Trafficking Crime)

On about February 9, 2024, within the District of Maine, the defendants

> **YANCARLOS ABRANTE a/k/a "Glizzy,"**
> **JOSHUA ESTRADA a/k/a "Mac,"**
> **JASON JOHNSON-RIVERA a/k/a "Ouda,"**

knowingly used and carried a firearm which was discharged, namely a Smith and

Wesson M&P Shield 9 mm handgun bearing serial number HVB7162, during and in relation to a drug trafficking crime as charged in Count One of this indictment, in violation of Title 21, United States Code, Section 841(a)(1).

In this way, the defendants violated Title 18, United States Code, Section 924(c)(1)(A)(iii) and 2.

## FIRST FORFEITURE NOTICE

1. Upon conviction of the offense set forth in Count One of this Indictment, the defendants,

> **YANCARLOS ABRANTE a/k/a "Glizzy,"**
> **JOSHUA ESTRADA a/k/a "Mac,"**
> **JASON JOHNSON-RIVERA a/k/a "Ouda,"**

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property, constituting or derived from, any proceeds obtained directly or indirectly as a result of such offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendants—

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

### SECOND FORFEITURE NOTICE

3.   Upon conviction of the firearms offense charged in Count Three of this Indictment, the defendants,

> YANCARLOS ABRANTE a/k/a "Glizzy,"
> JOSHUA ESTRADA a/k/a "Mac,"
> JASON JOHNSON-RIVERA a/k/a "Ouda,"

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved or used in the knowing commission of the offense, including but limited to a Smith and Wesson M&P Shield 9 mm handgun bearing serial number HVB7162.

Signature Redacted – Original on file with the Clerk's Office

_____
Assistant United States Attorney

Date: March 14, 2025

4