# Superseding Indictment Synopsis

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED
2025 MAR 19 P 4: 20
_____
DEPUTY CLERK

| | |
|---|---|
| **Name:** | Yancarlos Abrante a/k/a "Glizzy" |
| **Address:** (City & State Only) | New Bedford, MA |
| **Year of Birth and Age:** | 2003/21 years old |
| **Violations:** | Count 1: Conspiracy to distribute and possess with intent to distribute cocaine, in violation of 21 U.S.C. §§ 846 and 841(a)(1). <br><br> Count 2: Perpetrating a Drive-By Shooting, in violation of 18 U.S.C. §§ 36 and 2. <br><br> Count 3: Use of a Firearm During and in Relation to a Drug Trafficking Crime, in violation of 18 U.S.C. §§ 924(c)(1)(A)(iii) and 2. |
| **Penalties:** | Count 1: Imprisonment of not less than 10 years, a fine not to exceed $10,000,000, or both. 21 U.S.C. § 841(b)(1)(A). <br><br> Count 1 is a Class A felony pursuant to 18 U.S.C. § 3559(a)(1). <br><br> Count 2: Imprisonment of not more than 25 years (18 U.S.C § 36(b)(1)), a fine not to exceed $250,000 (18 U.S.C. § 3571(b)(3)), or both. <br><br> Count 2 is a Class B felony pursuant to 18 U.S.C. § 3559(a)(2). <br><br> Count 3: Imprisonment of not less than 10 years (18 U.S.C. § 924(c)(1)(A)(iii)), a fine not to exceed $250,000 (18 U.S.C. § 3571(b)(3)), or both. <br><br> Count 3 is Class A felony pursuant to 18 U.S.C. § 3559(a)(1). |
| **Supervised Release:** | Count 1: Not less than five years. 21 U.S.C. § 841(b)(1)(A). <br><br> Counts 2 and 3: Not more than five years. 18 U.S.C. § 3583(b)(1). |

| | |
|---|---|
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Counts 1 and 3: Not more than five years. 18 U.S.C. § 3583(e)(3).<br><br>Count 2: Not more than three years. 18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Counts 1 and 3: Life less any period of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583(h).<br><br>Count 2: Five years less any period of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | Jeffrey Langholtz, Esq. |
| **Primary Investigative Agency and Case Agent Name:** | FBI, TFO Ryan Hatch/TFO Jonathan Duquette |
| **Detention Status:** | Detained |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | York |
| **AUSA:** | Noah Falk and Johnathan Nathans |
| **Guidelines apply? Y/N** | Yes |
| **Victim Case:** | No |
| **Corporate Victims Owed Restitution:** | N/A |
| **Assessments:** | $100 per count |