## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>YANCARLOS ABRANTE a/k/a "Glizzy," | No. 2:24-cr-57-LEW |

### PROSECUTION VERSION

If this case were to proceed to trial, the government would prove the following beyond a reasonable doubt:

From at least February 2023 through at least February 9, 2024, Defendant Abrante, along with his co-defendants ("CD-1" and "CD-2"), and others known and unknown, conspired together to sell cocaine in the Saco/Biddeford area of Maine. Statements of numerous witnesses, corroborated by data recovered from the cellular phones of the defendants and their coconspirators, reflect a total quantity in excess of five kilograms of cocaine sold by the defendants' drug trafficking organization between February 2023 and February 9, 2024.

Starting on at least January 29, 2024, the defendants were engaged in a dispute with CC-4 and CC-7 over drug territory/customers in the Saco/Biddeford area. Electronic messages reflect heightening tensions and threats of violence between the defendants and CC-4 and CC-7 through early February 2024 related to the drug dispute. In substance, the defendants wished to take control of the territory and drug customers worked by CC-4 and CC-7, so that the defendants could expand the scope of their operations in Maine and increase their drug profits.

On about February 9, 2024, just before noon, the defendant, CD-1 and CD-2, were traveling in a rented Honda HR-V in downtown Saco following CC-4 and CC-7 in

their Dodge Charger. The defendants pulled up along the passenger side of the Charger and fired multiple times at it, in an attempt to hurt, kill, or maim CC-4 and CC-7. The incident was captured in multiple video recordings by area businesses and community members and quickly reported to Saco police.

Shortly after they fired on their drug rivals and fled the scene, the defendants drove their Honda HR-V against traffic and through a red light, crashing into another passenger vehicle and a school bus. Video footage captured by another driver who witnessed the accident shows the defendants exiting the HR-V and fleeing the scene on foot. That same video depicts the Charger pulling up to the intersection with a shattered rear passenger window. CC-4 and CC-7 quickly drove away from the scene and ultimately abandoned the Charger in a residential driveway. The Charger was later recovered and found to have five bullet holes in the passenger side.

When the defendants fled the Honda HR-V after the crash, they left incriminating evidence behind, to include a Smith and Wesson M&P Shield 9 mm handgun bearing serial number HVB7162, two cellular phones (later identified as belonging to Defendant and CD-1), a digital scale coated with a white powder residue that tested presumptively positive for cocaine base, ammunition (including the same brand of shells as the casings found at the shooting scene), and their DNA.

At trial, witnesses would testify that the shooting on February 9, 2024, was in furtherance of the drug trafficking conspiracy, and undertaken with the intention to intimidate, harass, injure, and maim CC-4 and C-7, who were adversaries of the defendants' drug trafficking organization.

Dated:  September 23, 2025

CRAIG M. WOLFF
Acting United States Attorney

By: <u>/s/Johnathan G. Nathans</u>
Johnathan G. Nathans
Assistant U.S. Attorney
100 Middle Street
Portland, Maine 04101
(207) 780-3257
Johnathan.Nathans@usdoj.gov

<u>/s/Noah Falk</u>
Noah Falk
Assistant U.S. Attorney
100 Middle Street
Portland, Maine 04101
(207) 780-3257
Noah.Falk@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on September 23, 2025, I electronically filed the Prosecution Version with the Clerk of Court using the CM/ECF system which will send notifications of such filing to all counsel of record.

                                      CRAIG M. WOLFF
                                      Acting United States Attorney

By:    */s/ Kate Whalen*
              Paralegal Specialist

On Behalf Of:    Johnathan G. Nathans
                        Assistant U.S. Attorney
                        100 Middle Street
                        Portland, Maine 04101
                        (207) 780-3257
                        Johnathan.Nathans@usdoj.gov

                        Noah Falk
                        Assistant United States Attorney
                        U.S. Attorney's Office
                        100 Middle Street
                        Portland, ME  04101
                        (207) 780-3257
                        Noah.Falk@usdoj.gov