**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) No. 2:24-cr-00057-LEW |
| | ) |
| JASON JOHNSON-RIVERA | ) |

**WITHDRAWAL OF MOTION TO ADMIT GOVERNMENT STATEMENTS**

NOW COMES the Defendant, by and through his undersigned counsel, and withdraws his motion to admit the government's statements, without prejudice, as follows:

1. The Defendant's motion is more properly filed as a motion in limine.

2. The Defendant wishes to withdraw and re-work his motion at this time.

3. The government does not object to the Defendant withdrawing his motion, without prejudice.

Dated: December 3, 2025         **/s/ Robert A. Levine**
                                Robert A. Levine, Esq., Bar #3845
                                Attorney for Defendant
                                17 South Street
                                Portland, ME 04101
                                (207) 871-0036

**CERTIFICATE OF SERVICE**

I hereby certify that I have today filed the foregoing using the CM/ECF system, which will cause a copy to be sent to all counsel of record.

Dated: December 3, 2025         **/s/ Robert A. Levine**
                                Robert A. Levine, Esq., Bar #3845
                                Attorney for Defendant
                                17 South Street
                                Portland, ME  04101
                                (207) 871-0036