## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **v.** | * | **CASE NO. 2:24-cr-00057-LEW** |
| **YANCARLOS ABRANTE** | * | |

## MOTION TO WITHDRAW PLEA

NOW COMES defendant, by and through counsel, and pursuant to F.R.Crim.P. 11(d)(2)(B) moves to withdraw his guilty plea in the above-captioned matter. Supporting this motion, counsel states as follows:

1. Defendant has recently left several messages on counsel's voice mail instructing him to withdraw his guilty plea.

2. Due to the breakdown in communication between counsel and defendant, counsel is unaware of the reason for defendant's request to withdraw his guilty plea.

WHEREFORE, the defendant moves to withdraw his plea of guilty.

Dated: January 12, 2026

Respectfully submitted by,

/s/Jeffrey W. Langholtz
Jeffrey W. Langholtz, Esq.
Bar No. 3539
Attorney for the Defendant

## **Certificate of Service**

I hereby certify that on January 12, 2026 the above motion was filed with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to all registered participants, and I hereby certify that on January 12, 2026, I have mailed by United States Postal Service, the document(s) to the following non-registered participant:

Yancarlos Abrante
Androscoggin County Jail
40 Pleasant Street
Auburn, ME  04210

/s/ Jeffrey W. Langholtz
Jeffrey W. Langholtz, Esq.
Bar No. 3539
Attorney for the Defendant
260 Main Street
Biddeford, ME  04005
207-283-4744
langholtzlaw@gmail.com