**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **v.** | * | **CASE NO.  2:24-cr-00057-LEW** |
| **YANCARLOS ABRANTE** | * | |

### *EX PARTE* MOTION TO WITHDRAW

NOW COMES counsel for Defendant, and moves to withdraw stating as follows:

1. Counsel was appointed to represent Defendant in the District Court.

2. Defendant requests that new counsel be appointed.

3. Defendant seeks to terminate the attorney client relationship.

4. Grounds for withdrawal exist per Maine Rule of Professional Conduct 1.16 (a)(3).

WHEREFORE, the undersigned attorney for defendant respectfully moves this Honorable Court for leave to withdraw.

Dated:  May 12, 2026

Respectfully submitted by,

/s/Jeffrey W. Langholtz
Jeffrey W. Langholtz, Esq.
Bar No. 3539
Attorney for the Defendant

## **Certificate of Service**

I hereby certify that on May 12, 2026 I electronically filed send notification of such filing(s) to all registered participants. I hereby certify that on  I have mailed by United States Postal Service, the document(s) to the following non-registered participant:

Yancarlos Abrante #19632-511
Current Address

/s/ Jeffrey W. Langholtz
Jeffrey W. Langholtz, Esq.
Bar No. 3539
Attorney for the Defendant
260 Main Street
Biddeford, ME  04005
207-283-4744
langholtz@gwi.net
